

Nancy V. Alquist
**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

**IN THE MATTER OF:**

    **KYRA ELIZABETH THOMPSON**　　　　　　**CH. 7 CASE NO. 16-26843 NVA**

    **DEBTOR**
_____

    **MARYLAND DEPARTMENT OF**
    **LABOR, LICENSING & REGULATION,**

        **Plaintiff,**

    **versus**　　　　　　　　　　　　　　　　**ADV. PROC. NO. 17-143 NVA**

    **KYRA ELIZABETH THOMPSON**

        **Defendant,**
_____

## **ORDER ON NONDISCHARGEABILITY**

    Having considered Plaintiff's Motion for Default Judgment and Affidavit of Non-Military Service, proper notice made, it is by the United States Bankruptcy Court for the District of Maryland,

    ORDERED that the Defendant is in default and it is further

    ORDERED that the judgement entered contemporaneously herewith in the amount of four thousand nine hundred ninety nine dollars ($4,999.00) in overpayment principal, penalty based on fraud of seven hundred seventy two dollars and thirty five cents ($772.35), interest based on fraud of one thousand dollars ($1,000.00) and U.S. Bankruptcy Court Filing

Fees of three hundred fifty dollars ($350.00) for the total amount of seven thousand one hundred twenty one dollars and thirty five cents ($7,121.35) is non-dischargeable under 11 U.S.C. § 523(a)(2)(A).

cc:
    Roopesh Vijayan, Esquire
    MD Department of Labor
    Licensing & Regulation
    1101 North Eutaw Street, Rm 401
    Baltimore, MD 21201

    Kyra Elizabeth Thompson
    7520 Hillsway Ave
    Parkville, MD 21234
    *Debtor/Defendant*

    Gerard R. Vetter
    Assistant U.S. Trustee
    Office of the U.S. Trustee
    RM 2650
    101 W. Lombard Street
    Baltimore, MD 21201

**END OF ORDER**